```
 1  JEFFRIES ADVOCATES
    ATTORNEY FOR THE PLAINTIFF
 2    38 CORPORATE PARK, SUITE B
      IRVINE, CA  92714
 3    714-474-2055
    Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          COURT NO: 92 A 20546
           Plaintiff,

           v.                      DEFAULT JUDGMENT

SCOTT RAMP

           Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from SCOTT RAMP the sum of $2,637.00 as principal, $1,840.69 as accrued prejudgment interest, $140.00 administrative charges, and $58.50 costs, plus $564.00 attorney fees for a total amount of $5,240.19, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUL 20 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
         Deputy Clerk